UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Gregory G. Hollows
United States Magistrate Judge
Sacramento, California

                                 RE:    James Loren FRANKLIN
                                             Docket Number:   2:05CR00192-01
                                             **PERMISSION TO TRAVEL**
                                             **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Ensenada, Mexico, and Zurich, Switzerland.  The probationer is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 29, 2005, the probationer was sentenced for the offense of 26 USC 7203 - Willfully Failing to Pay Tax.

**Sentence imposed:**  3 years Probation; $25 special assessment.  Special Conditions: 180 days home detention (satisfied); Search; Cooperate with IRS.

**Dates and Mode of Travel:**  The probationer will be leaving for Ensenada, Mexico, on May 11, 2006, and returning May 14, 2006.  He will then leave on July 15, 2006, for Zurich, Switzerland, and return on July 18, 2006.

**Purpose:**  Pleasure trip with wife and children.

**RE:   James Loren FRANKLIN**
**Docket Number:   2:05CR00192-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**

**DATED:**    May 5, 2006
Sacramento, California
lvc:cd


**REVIEWED BY:**        /s/ Richard A. Ertola
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      XXX                              Disapproved

5/17/06                                        /s/ Gregory G. Hollows

**Date**                                       **GREGORY G. HOLLOWS**
                                               **United States Magistrate Judge**


franklin.ord